14169.   PURITAN OIL & PAINT CO. v. YATES.

LUKE, J.   There was some evidence to authorize the verdict, and the verdict has the approval of the trial judge.   The exceptions to the charge of the court are without merit.   The charge of the court was full and fair and submitted correctly the issues of the case as made by the pleadings and evidence.   It was not error to overrule the motion for a new trial.

   *Judgment affirmed.   Broyles, C. J., and Bloodworth, J., concur.*
                    DECIDED APRIL 10, 1923.

Complaint; from city court of Swainsboro — Judge Kirkland. November 20, 1922.

*Arthur W. Jordan, Grey & Williams,* for plaintiff.

*Price & Spivey,* for defendant.

---

14170.   YEATES v. THE STATE.

LUKE, J.   The defendant in this case was convicted of violating the prohibition statute.   The evidence authorized the conviction.

In view of the note of the trial judge to the effect that " the jury were instructed that they had nothing to do with this verdict, and no objections were made to its going out not covered up," there is no merit in the single special ground of motion for new trial, wherein the defendant complains that the jury had with them in the jury-room an accusation which had been introduced in evidence, upon which was entered a verdict of guilty against him.   It was not error, for any reason assigned, to overrule the motion for a new trial.

   *Judgment affirmed.   Broyles, C. J., and Bloodworth, J., concur.*
                    DECIDED APRIL 10, 1923.

Accusation of possessing liquor; from city court of Miller county — Judge Geer.   November 6, 1922.

*Jesse A. Drake, John E. Drake,* for plaintiff in error.

*P. D. Rich, solicitor,* contra.